CD/IL PROB 12B
(Rev. 3/99)

E-FILED
Wednesday, 05 January, 2005  11:32:51 AM
Clerk, U.S. District Court, ILCD

# United States District Court

### for

### CENTRAL DISTRICT OF ILLINOIS

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

**NAME/ADDRESS OF OFFENDER:**     STEVEN L. BENNETT      **CASE NUMBER:** 92-10017-001
                                  The RITs
                                  711 N.E. Monroe
                                  Peoria, IL 61602

**SENTENCING JUDICIAL OFFICER:**  HONORABLE JOE BILLY McDADE
                                  U.S. District Judge

**DATE OF ORIGINAL SENTENCE:**    08/27/92

**ORIGINAL OFFENSE:**             Possession of a Firearm by a Convicted Felon

**ORIGINAL SENTENCE:**            180 months custody, 5 years supervised release with
                                  special conditions:  1) No own, purchase, possess
                                  a firearm, ammunition, or dangerous weapon; 2)
                                  Participate in substance abuse testing/treatment;
                                  3) Participate in job training/education.

**TYPE OF SUPERVISION:**          Supervise Release

**DATE SUPERVISION TO COMMENCE:** 01/08/05

---

### PETITIONING THE COURT

[ ]   To extend the term of supervision for  years, for a total term of  years.
[X]   To modify the conditions of supervision as follows:

> Special Condition No. 4:  You shall reside for up to four months at
> a community confinement facility designated by the Bureau of Prisons
> to commence at a time and date as designated by the Bureau of
> Prisons and the U.S. Probation Office.  You shall abide by the rules
> of that facility, including payment of subsistence.

### CAUSE

On July 17, 2004, offender Bennett arrived for a Community Corrections Center
(CCC) placement at the Residents in Transition services (RITs) facility in
Peoria, Illinois.  Offender Bennett is scheduled to release from custody on
January 7, 2004; however, the offender has not been able to secure appropriate
housing.

On November 29, 2004, offender Bennett began working full-time at Gray Interplant
earning $8.50 per hour.  On December 1, 2004, the Federal Bureau of Prisons (BOP)
waived the offender's requirement that he pay subsistence.  Offender Bennett has
been saving his income to secure a residence following his release from custody.
On December 15, 2004, the director of the RITs, Jan Cullinane, contacted the

2

Re:  BENNETT, Steven L.

probation office to advise the offender would have no suitable residence upon his release from custody and had requested to reside at the RITs following his release from custody until he has saved enough money to secure a suitable residence.  On December 29, 2004, during a personal conversation with offender Bennett, he confirmed his desire to remain at the RITs for a brief time until has can secure a residence.  The probation officer agrees an extended period of community confinement will provide offender Bennett the necessary assistance for a successful transition to supervised release.  On January 3, 2005, the probation officer reviewed the proposed modification with offender Bennett and executed a waiver of hearing, which is attached.  Assistant U.S. Attorney Bradley W. Murphy has been notified of this modification and has no objections.

Respectfully submitted,


s/Jason R. Hunt

JASON R. HUNT
U.S. Probation Officer
Date: January 4, 2005


JRH:tm

THE COURT ORDERS:

[  ] No Action
[  ] The Extension of Supervision as Noted Above
[ X] The Modification of Conditions as Noted Above
[  ] Other


 S/Joe Billy McDade
HONORABLE JOE BILLY McDADE
U.S. District Judge
Date: 1/4/05

PROB 49

Waiver of Hearing to Modify Conditions
of Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

Special Condition No. 4: You shall reside for up to four months at a community confinement facility designated by the Bureau of Prisons to commence at a time and date as designated by the Bureau of Prisons and the U.S. Probation Office. You shall abide by the rules of that facility, including payment of subsistence.

Witness: ___s/Jason R. Hunt_____        Signed: ___s/Steven L. Bennett_____
        JASON R. HUNT                          STEVEN L. BENNETT
        U.S. Probation Officer                  Supervised Releasee

                                       Case No: ___92-10017-001_____

January 3, 2005