CD/IL PROB 12B
(Rev. 3/99)

# United States District Court

for

## CENTRAL DISTRICT OF ILLINOIS

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| **NAME/ADDRESS OF OFFENDER:** | STEVEN L. BENNETT    **CASE NUMBER:** 92-10017-001<br>126 North Appleblossom Boulevard<br>Peoria, IL 61604 |
| **SENTENCING JUDICIAL OFFICER:** | HONORABLE JOE BILLY McDADE<br>U.S. District Judge |
| **DATE OF ORIGINAL SENTENCE:** | 08/27/92 |
| **ORIGINAL OFFENSE:** | Possession of a Firearm by a Convicted Felon |
| **ORIGINAL SENTENCE:** | 180 months custody, 5 years supervised release with special conditions: 1) Not own, purchase, possess a firearm, ammunition, dangerous weapon; 2) Participate in drug treatment/testing; 3) Participate in job training. |
| **TYPE OF SUPERVISION:** | Supervised Release<br><br>01/14/05: Special Condition No. 4 added: Reside for up to four months at a Community Confinement Center. Modification made due to the offender's lack of residence upon release from custody. |
| **DATE SUPERVISION COMMENCED:** | 01/07/05 |

---

### PETITIONING THE COURT

[ ]  To extend the term of supervision for  years, for a total term of  years.
[X]  To modify the conditions of supervision as follows:

**SPECIAL CONDITION NO. 5:** You shall serve 60 days in home confinement during your term of supervision. The home confinement will start as soon as possible after your supervision term begins.

**Home Detention:** You shall sign the rules of home confinement/electronic monitoring and comply with the conditions of home confinement. During this time, you will remain at your place of residence except for employment and other activities approved in advance by your probation officer. You shall wear an EM device and you shall pay the cost of this program as directed by your probation officer.

### CAUSE

While in the custody of the Federal Bureau of Prisons (BOP), the defendant participated in the 40-hour Drug Education Program. On July 17, 2004, the offender was transferred by the BOP for a Community Confinement Center (CCC) placement at the Residents in Transition services (RITs) program, Peoria, Illinois. While at the

Re: BENNETT, Steven L.

RITs, the offender participated in aftercare services and attended weekly community support group meetings.

On January 7, 2005, the offender's term of supervised release commenced. He remained at the RITs due to his lack of a residence in the area. On January 28, 2006, the offender secured a residence and was released from the RITs.

Beginning January 14, 2005, the offender was placed in a program for random drug testing at the Human Service Center, Peoria, Illinois. The offender has also attended at least two community support group meetings per week. On September 16, 2006, the offender submitted a specimen for testing at the Human Service Center that tested positive for cocaine. On September 26, 2006, the offender was confronted regarding the positive result. The offender admitted he had been drinking alcohol on a regular basis for a few weeks. He was approached at a store and offered to buy crack. The offender stated he bought a small rock of crack and smoked half of it on about September 1, 2006. He kept the other half at home for a few weeks, and smoked the remaining half on about September 16, 2006.

On September 29, 2006, offender Bennett was referred to White Oaks Companies of Illinois, Peoria, Illinois, for a substance abuse evaluation. On October 6, 2006, the substance abuse evaluation was completed. Offender Bennett was diagnosed as alcohol and cocaine dependant. It was recommended he participate in outpatient substance abuse counseling, and continue community support group meetings. On October 19, 2006, offender began treatment at White Oaks. The offender has also been reprimanded regarding his alcohol and drug usage, and has been placed on a weekly reporting schedule. The offender has been advised if he continues to use alcohol or drugs, or fails to comply with reporting and treatment requirements, he will be referred to court for the appropriate action.

The above-recommended modification of supervised release will allow the offender to address his substance abuse problem in a community setting. Assistant U.S. Attorney Bradley Murphy has been advised, and concurs with this recommendation.

                        Respectfully submitted,

                        s/Jason R. Hunt

                        JASON R. HUNT
                        U.S. Probation Officer
                        Date: November 2, 2006

JRH:tm

---

THE COURT ORDERS:

[   ] No Action
[   ] The Extension of Supervision as Noted Above
[ X ] The Modification of Conditions as Noted Above
[   ] Other

                          s/Joe Billy McDade
                      HONORABLE JOE BILLY McDADE
                      U.S. District Judge
                      Date: 11/02/06

PROB 49
(3/89)

Waiver of Hearing to Modify Conditions
of Supervised Released

# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

**SPECIAL CONDITION NO. 5:** You shall serve 60 days in home confinement during your term of supervision. The home confinement will start as soon as possible after your supervision term begins.

**Home Detention:** You shall sign the rules of home confinement/electronic monitoring and comply with the conditions of home confinement. During this time, you will remain at your place of residence except for employment and other activities approved in advance by your probation officer. You shall wear an EM device and you shall pay the cost of this program as directed by your probation officer.


Witness:  ____s/Jason R. Hunt_____        Signed:  ____s/Steven L. Bennett_____
           JASON R. HUNT                                               STEVEN L. Bennett
           U.S. Probation Officer                                   Supervised Releasee

October 24, 2006