# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>Steven L. Bennett<br>126 N. Appleblossom Blvd.<br>Peoria, IL. 61604<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | WARRANT FOR ARREST<br><br>**FILED**<br>MAR 1 9 2007<br>JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS<br><br>CASE NO. 92-10017-001 |

TO:   THE U. S. MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Steven L. Bennett, and bring him forthwith to the nearest magistrate judge to answer a petition for warrant or summons for offender under supervision charging him with violation of conditions of supervised release in violation of Title 18, United States Code, Section(s) 3583(e)(3).

*John Waters* (signature)

**JOHN M. WATERS**              **CLERK U.S. DISTRICT COURT**
Name of Issuing Officer          Title of Issuing Officer

s/CLERK                          3/8/7 at Peoria, IL.
Signature of Issuing Officer     Date and Location

**Bail fixed at $ NO BOND by Judge Joe B. McDade.**

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at **Peoria**

| Date Received 03/08/07 | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 03/13/07 | Title of Arresting Officer USMS/TFO | |